**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** ___II___ | **Investigating Agency** __FBI__ |

**City** __Norfolk__

**County** __Norfolk__

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number ___21-6766-MPK___
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JACOB GUERRERO__          Juvenile:          ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:          ☐ Yes  ☑ No

Alias Name _____

Address __(City & State)  Woodland, CA__

Birth date (Yr only): __1998__  SSN (last4#): __4483__  Sex __M__          Race: __W__          Nationality: _____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Mark Grady__          Bar Number if applicable __630672__

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☑ No

**Matter to be SEALED:**     ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: __Wrentham District Court__  on __09/02/2021__

**Charging Document:**     ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**     ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑  **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   __04/12/2022__          Signature of AUSA:   __/s/ Mark J. Grady__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 USC 2251 | Sexual Exploitation of a Child and Attempt | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____