AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| JACOB GUERRERO | ) Case No. 22-6182-MPK |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jacob Guerrero,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Sexual Exploitation of a Child and Attempt, in violation of 18 USC 2251

Date: ~~03/17/2022~~ April 12, 2022

*Issuing officer's signature*

City and state: Boston, Massachusetts        M. Page Kelley, Chief Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Jacob Guerrero

Known aliases:

Last known residence: 1830 CAMPOS AVE., WOODLAND, CA 95776

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: (530) 665-9964

Place of birth:

Date of birth: 05/03/1998

Social Security number:

Height:                                                  Weight:

Sex:                                                     Race:

Hair:                                                    Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: FBI Lakeville, MA

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: